Eastern District of Kentucky
**FILED**
MAR 25 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:24-cr-006-REW
21 U.S.C. § 846

DAUNDRE D. HOWARD,
  aka DUANDRE HOWARD,
  aka MUNCHIE

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about a date in April 2022, the exact date unknown, and continuing through on or about May 19, 2023, in Pulaski County and Madison County, in the Eastern District of Kentucky, and elsewhere,

DAUNDRE D. HOWARD,
aka DUANDRE HOWARD,
aka MUNCHIE,

did conspire with others to knowingly and intentionally distribute controlled substances, including 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

# FORFEITURE ALLEGATION
## 21 U.S.C. § 853

1. By virtue of the commission of the felony offense alleged in the Indictment, **DAUNDRE HOWARD** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. §§ 841 and 846, and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. §§ 841 and 846. Any and all interest that **DAUNDRE HOWARD** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. The property to be forfeited includes, but is not limited to, the following:

### CURRENCY:

1. $11,614.00 in United States currency seized on May 19, 2023.

### FIREARMS AND AMMUNITION:

1. Glock 19, 9mm pistol with serial number BCRG288 seized on or about May 19, 2023;
2. Glock 27, 9mm caliber pistol with serial number HMV705 seized on or about May 19, 2023;
3. Lone Wolf, 9mm caliber pistol with serial number CAC072 seized on or about May 19, 2023; and
4. All associated ammunition and accessories.

3. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been

commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

███████████████

FOREPERSON

_____
CARLTON S. SHIER IV
UNITED STATES ATTORNEY

## PENALTIES

**If responsible for 40 grams or more of a mixture of substance containing a detectable amount of fentanyl:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**If responsible for 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine:** Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Forfeiture of listed items.